# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163220(46)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARSHA PLAFKIN,
      Defendant-Appellant.

_____/

SC: 163220
COA: 357389
Ottawa CC: 21-044265-AR

      On order of the Chief Justice, the motion of defendant-appellant to file a supplement to her application for leave to appeal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2021



Clerk